## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:08CR285** |
| vs. | ) | |
| | ) | **ORDER** |
| **RICHARD CONWAY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's motion for a further extension of time in which to file pretrial motions [19]. For cause shown, the court finds that a final extension, to November 25, 2008, should be granted.

**IT IS ORDERED** that the motion [19] is granted as follows:

1. The deadline for filing pretrial motions is extended to **November 25, 2008**.

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **November 10, 2008 and November 25, 2008**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act because defense counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED November 12, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**