IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )        8:08CR285
                               )
     v.                        )
                               )
RICHARD CONWAY,                )        ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue (Filing No. 35). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; the Rule 11 hearing is rescheduled for:

**Monday, April 27, 2009, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Due to the schedule of counsel and the Court, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between April 3, 2009, and April 27, 2009, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 7th day of April, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court