UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR285 |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD CONWAY, JR., | ) | FINAL ORDER OF |
| | ) | FORFEITURE |
| Defendant. | ) | |
| | ) | |

This matter is before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 53). The Court has reviewed the record in this case and finds as follows:

1. On May 5, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 922(g)(1), 924(d) and Title 28, United States Code, 2461(c), 5872, based upon the defendant's plea of guilty to Counts I and II of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the defendant's interest in a Smith and Wesson handgun was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on May 11, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on July 14, 2009 (Filing No. 52).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

    4. Plaintiff's Motion for Final Order of Forfeiture should be sustained.

Accordingly,

    IT IS ORDERED:

    A. Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

    B.  All right, title and interest in and to the Smith and Wesson handgun, held by any person or entity, is hereby forever barred and foreclosed.

    C. The Smith and Wesson handgun, be, and the same hereby is, forfeited to the United States of America .

    D. The United States Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska is directed to dispose of said property in accordance with law.

    DATED this 15th day of July, 2009.

            BY THE COURT:

            /s/ Lyle E. Strom
            _____
            LYLE E. STROM, Senior Judge
            United States District Court