IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR285 |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD CONWAY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to temporarily unseal plea agreement (Filing No. 61). The Court will grant the motion. Accordingly,

IT IS ORDERED that the motion is granted; the clerk of the court shall unseal the plea agreement and provide plaintiff a copy, then reseal it.

DATED this 5th day of February, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court